NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREENE (Cal. Bar No. 230807)
Assistant United States Attorney
    Room 7211 Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-4600
    Facsimile: (213) 894-0115
    E-mail: Gavin.Greene@usdoj.gov

Attorneys for the United States of America

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| T.D. Service Company, | Case No. 18-3029 R (JEMx) |
| Plaintiff, | Judgment |
| v. | |
| Philip Fondacaro, et al., | |
| Defendants. | |

1

Based on the Stipulation to Distribute Interpleader Funds, and all other matters properly made part of the record:

**IT IS ORDERED that** T.D. Service Company shall pay $170,052.97 to the United States in partial satisfaction of the tax liabilities of Philip and Elena Fondacaro. The check shall be made payable to the Department of Treasury and sent to the following address:

    U.S. Attorney's Office – Tax Division

    Federal Building

    Attn: AUSA Gavin Greene

    300 N. Los Angeles St., Room 7211

    Los Angeles, CA 90012

As against each other, the parties will each bear their own costs and attorney's fees.

**IT IS SO ORDERED**.

DATED: May 16, 2018      _____
                                               Hon. Manuel L. Real
                                               United States District Judge

CC: FISCAL

Presented by:

NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

/s/
GAVIN L. GREENE
Assistant United States Attorney
Attorneys for United States of America